# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**            **CRIMINAL ACTION NO. 4:09CR66-P-S**

**KELLY YOUNG a/k/a KELLY HUGHES,**        **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant Kelly Young's May 24, 2010 Motion for Speedy Trial Setting [134]. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

Each Order continuing trial in this case properly excluded the time from the Speedy Trial Act pursuant to 18 U.S.C. §3161. No motions to sever have been made or granted in this case. Therefore, all of the continuances applied to all defendants in this matter, including Defendant Young. Since the defendant's trial clock is still within the Speed Trial Act's 70-day period, taking into account the properly excluded periods, the court concludes that Defendant Young's motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Kelly Young's May 24, 2010 Motion for Speedy Trial Setting [134] is **DENIED**.

**SO ORDERED** this the 8th day of June, A.D., 2010.

                                           /s/ W. Allen Pepper, Jr.
                                           W. ALLEN PEPPER, JR.
                                           UNITED STATES DISTRICT JUDGE