# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNTIED STATES OF AMERICA**

**VS.**                                                                           **CASE NO. 4:09cr66-WAP-DAS**

**KELLY YOUNG**
**a/k/a KELLY HUGHES**

## ORDER

Before the court is Defendant Kelly Young's Motion for Reconsideration of Detention Order and Revocation of Pretrial Supervision (# 184). By Order dated May 13, 2010, the court revoked the defendant's pretrial supervision and ordered detention because there was probable cause that the defendant had violated a state law and that no condition of release would assure the safety of the community. In support of the instant motion, the defendant states that the state charge which made the basis for the revocation proceedings and entry of the detention Order has since been dismissed. In its response, the government points out that since entry of the Detention Order, the defendant has pled guilty to Count Two of the indictment which is a violation of 21 U.S.C. § 841. The government argues that pursuant to 18 U.S.C. § 3143(a)(2), the defendant must be detained pending sentencing. The court agrees with the government. Because the defendant has failed to establish one of the criteria set forth in § 3142(a)(2)(A), his motion is hereby DENIED.

SO ORDERED this 19th day of May, 2011.

                                                       /s/ David A. Sanders
                                                       UNITED STATES MAGISTRATE JUDGE